UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

_____
www.cand.uscourts.gov

Mark B. Busby  
Clerk of Court

General Court Number  
408-535-5363

June 28, 2023

Superior Court of California, County of San Francisco
400 McAllister Street, Room 103
San Francisco, CA 94102.4514

RE:  Jason Kiang v.  Nationwide Life and Annuity Insurance Company, et al.
       23-cv-02073-JSC

Your Case Number:  CGC-23-605387

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

    Please send an acknowledgement of receipt of these documents to susie_barrera@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

*Susie F. Barrera*
by:  Susie Barrera
Case Systems Administrator