UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Mark B. Busby
Clerk of Court

General Court Number
408-535-5363

June 28, 2023

Superior Court of California, County of San Francisco
400 McAllister Street, Room 103
San Francisco, CA 94102.4514

RE:  Jason Kiang v. Nationwide Life and Annuity Insurance Company, et al.
     23-cv-02073-JSC

Your Case Number:  CGC-23-605387

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

    Please send an acknowledgement of receipt of these documents to susie_barrera@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

*Susie F. Barrera*
by: Susie Barrera
Case Systems Administrator

[Stamps: FILED Superior Court of California, County of San Francisco, JUL 03 2023, CLERK OF THE COURT, Deputy Clerk; FILED JUL 10 2023 CLERK, U.S. DISTRICT COURT, NORTH DISTRICT OF CALIFORNIA, SAN JOSE OFFICE; RECEIVED JUL 03 2023 BOWMAN LIU]